**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dong Hee Lee                                             CHAPTER 13

                Debtor(s)

                                                    BKY. NO. 25-14378 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                                      Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
04 Nov 2025, 12:16:07, EST

            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322