# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  __Dong Hee Lee_____  Case No. __25-14378__
Debtor(s)                                         Chapter  __13__

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Dong Hee Lee__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☑ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because **I am a 1099 Employee.**

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date __10/29/2025__            Signature  _____/s/ Dong Hee Lee_____
                                           **Dong Hee Lee**
                                           Debtor