**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Dong Hee Lee | : | Chapter 13 |
| Debtor | : | Bky. No.:  25-14378-djb |

### CERTIFICATION OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor, certify that I did cause a true and correct copy of the documents described below to be served on Decemebr 24, 2025 on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Bankruptcy Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:  December 24, 2025        By:    */s/ Joseph Quinn*
                                       Joseph Quinn, Esquire
                                       Attorney I.D. No. 307467
                                       **ROSS, QUINN & PLOPPERT, P.C.**
                                       192 S. Hanover Street, Suite 101
                                       Pottstown, PA 19464
                                       T: 610.323.5300
                                       JQuinn@rqplaw.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

U.S. Department of Housing &
Urban Development
801 Market Street, 12th Floor
Philadelphia, PA 19107
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail
        ☐ Other:

1

Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ 08543
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail
        ☐ Other:

Yoon Jung
210 W Johnson Highway
Norristown, PA 19401
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail
        ☐ Other:

Bok Jung
1657 Ft. Washington Avenue
Ambler, PA 19002
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail
        ☐ Other:

Carriage Crossing Condo c/o
Jenel R. Marraccini
660 Second Street Pike
Southampton, PA 18966
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail
        ☐ Other:

Global Lending Services LLC
Attn: Bankruptcy
PO Box 10437
Greenville, SC 29603
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail
        ☐ Other:

JPMorgan Chase Bank, N.A.
Attn: Bankruptcy
PO Box 15299
Wilmington, DE 19850
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail
        ☐ Other:

David Fogel, Esquire
1225 Franklin Avenue, Suite 201
Garden City, NY 11530
Creditor
Via: ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail
☐ Other:

Discover Financial
Attn: Bankruptcy
Po Box 30943
Salt Lake City, UT 84130
Creditor
Via: ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail
☐ Other:

Capital One, N.A. successor by
Merger to Discover Bank
4590 E. Broad Street
Columbus OH 43213
Creditor
Via: ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail
☐ Other:

Capital One N.A. by AIS
InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118
Creditor
Via: ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail
☐ Other:

Fintegra LLC
1150 1st Ave, Suite 105
King of Prussia, PA 19406
Creditor
Via: ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail
☐ Other:

Lare Law Firm, LLC
595 Bethlehem Pike, Suite 105
Montgomeryville, PA 18936
Creditor
Via: ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail
☐ Other:

Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail
☐ Other:

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail
☐ Other:

Synchrony Bank/Venmo
Attn: Bankruptcy
P.O. Box 965065
Orlando, FL 32896
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail
☐ Other:

Weltman, Weinberg & Reis, Co LPA
520 Walnut Street
Suite 1355
Philadelphia, PA 19106-2605
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail
☐ Other:

Matthew K. Fissel, Esquire
Loan Depot.com, LLC
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com
Creditor
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail
☐ Other:

Rebecca K. McDowell, Esquire
Samuels and Son Seafood Co.
rmcdowell@slgcollect.com, pwirth@slgcollect.com, anovoa@slgcollect.com
Creditor
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail
☐ Other:

Kenneth E. West, Esquire
ecfemails@ph13trustee.com, philaecf@gmail.com
Chapter 13 Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other: