**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Dong Hee Lee | : | Case No. 25-14378-djb |
|  | : |  |
| Debtor | : | Chapter 13 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk of Court:

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Bok Yeal Jung and Yoon K. Jung.

Respectfully submitted,

Date:  January 6, 2026        BY:    /s/ *James G. Lare*
LARE LAW FIRM, LLC
595 Bethlehem Pk., Ste. 105
Montgomeryville, PA 18936
(215) 660-0400 (telephone)
(215) 644-7067 (fax)
jlare@larelawfirm.com