## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re: Dong Hee Lee** | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bky. Case No. 25-14378-djb |

### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Movants, Yoon K. Jung and Bok Yeal Jung (collectively, the "Jungs"), creditors in the above-referenced case, object to the confirmation of the Debtor's Chapter 13 Plan and aver as follows:

1. Debtor petitioned for Chapter 13 bankruptcy on October 29, 2025, the same date, as more fully explained below, an Amended Complaint was filed against Debtor in the Montgomery County Court of Common Pleas for Debtor's breach of a lease agreement with the Jungs.

2. Contemporaneous with the filing of the Petition for Bankruptcy, Debtor filed a Chapter 13 Plan (Doc. No. 2), and, thereafter, on December 24, 2025, filed a First Amended Chapter 13 Plan (Doc. No. 18).

3. For the reasons set forth herein, the Jungs object to the Plan because:

    a. Debtor fails to provide for the same treatment of each claim within a particular class, 11 U.S.C. § 1322(a)(3);

    b. Debtor's Plan unfairly discriminates against a class of unsecured claims, *id.* § 1322(b)(1);

      c. Debtor has not proposed the Plan in good faith because Debtor is impermissibly using bankruptcy as a shield for intentional damages that he caused the Jung's property, *id.* §§ 523(a)(6), 1325(a)(3);

      d. Debtor, upon information and belief, should potentially liquidate under Chapter 7 rather than proceed with a Chapter 13 Plan, *id.* § 1325(a)(4); and

      e. Debtor did not act in good faith in filing the petition, *id.* § 1325(a)(7).

4. The Jungs are co-owners of real property in Montgomery County, Pennsylvania that they leased to Debtor through a written lease agreement with Debtor individually, permitting Debtor to operate a business known as the Bay Crab House.

5. Three months before the lease terminated on December 31, 2023, Debtor ceased making monthly rent payments and left the premises substantially damaged, impermissibly modified, and in complete disrepair, causing the Jungs to expend a significant amount of money to rehabilitate their property before the premises could be leased again.

6. Because of Debtor's failure to pay rent and the damage that Debtor caused to the leased premises, Yoon K. Jung initiated a civil action, *pro se*, against the Debtor and certain family members in the Montgomery County Court of Common Pleas.

7. Although Mr. Jung obtained a judgment, the Court subsequently opened it for procedural defects, after which the Jungs retained the undersigned, who moved for leave to amend the complaint against Debtor.

8. On October 23, 2025, the Montgomery County Court of Common Pleas, by way of Order, granted the Yungs' request for leave to file an Amended Complaint, which was submitted on October 29, 2025 at 4:49 a.m., with filing acceptance electronically provided by the court at 8:54 a.m.

9. On the very same date at 4:11 pm, a Suggestion of Bankruptcy was filed with the Montgomery County Court of Common Pleas by Debtor, who initiated the instant bankruptcy case at 3:20 pm local time, just hours after the Amended Complaint against Debtor was filed.

10. Giving the time of Debtor's filing of the Petition for Bankruptcy, there can be no question that Debtor is impermissibly attempting to use the bankruptcy process to shield himself from the losses he caused the Jungs by failing to pay rent and, more importantly, intentionally damaging the Jungs' property.

11. The Jungs filed a Proof of Claim in this case on January 7, 2026 for $81,512.00.

12. Accordingly, and for the reasons set forth herein, the Jungs object to the Debtor's Chapter 13 Plan.

WHEREFORE, Bok Yeal Jung and Yoon K. Jung, respectfully request that this Honorable Court enter an order sustaining their objections and grant such other relief as the Court determines is just and proper.

Respectfully submitted,

Date: January 8, 2026    BY:    /s/ *James G. Lare*
LARE LAW FIRM, LLC
595 Bethlehem Pk., Ste. 105
Montgomeryville, PA 18936
(215) 660-0400 (telephone)
(215) 644-7067 (fax)
jlare@larelawfirm.com

Attorney for Creditors,
Bok Yeal Jung and Yoon K. Jung

L.B.F. 9014-4

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | Chapter 13 |
| **Dong Hee Lee** | : | |
| **Debtor** | : | Bky. No. 25-14378-djb |

\* \* \* \* \* \* \*

**CERTIFICATION OF SERVICE**

I, _____James G. Lare, Esq._____, certify that on 01-08-26 , I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Objection to Confirmation of Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:__01-08-26____                                         /s/ James G. Lare, Esq.
                                                            James G. Lare, Esq.
                                                            Lare Law Firm
                                                            595 Bethlehem Pk., Ste 105
                                                            Montgomeryville, PA 18936

                                                            (215) 660-0400

                                                            jlare@larelawfirm.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

MATTHEW K. FISSEL
On behalf of Creditor LOANDEPOT.COM, LLC
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com
Via:    ☒ CM/ECF      ☐ 1st Class Mail      ☐ Certified Mail      ☐ e-mail:
         ☐ Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

**REBECCA K. MCDOWELL**
On behalf of Creditor Samuels and Son Seafood Co.
rmcdowell@slgcollect.com, pwirth@slgcollect.com, anovoa@slgcollect.com
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

**JOSEPH L. QUINN**
On behalf of Debtor Dong Hee Lee
CourtNotices@rqplaw.com
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

**U.S. TRUSTEE**
United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

**KENNETH E. WEST**
Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

**MATTHEW OBERHOLTZER**
On behalf of Pinnacle Credit Services, LLC
securedbankruptcy@resurgent.com
Via:    ☐ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☒ e-mail: securedbankruptcy@resurgent.com
        ☐ Other: