Certificate Number: 05781-PAE-DE-040584036

Bankruptcy Case Number: 25-14378



05781-PAE-DE-040584036

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 4, 2026, at 12:34 o'clock PM PST, Dong Lee completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 4, 2026

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President