THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Dong Hee Lee, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Bok Jung and Yoon Jung, | : | |
| Objecting Creditor | : | No.: 25-14378-djb |
| | : | |
| Kenneth E. West, | : | |
| Chapter 13 Trustee | : | |

# ORDER

AND NOW, upon consideration of the foregoing Stipulation entered into by Creditor Bok Jung and Yoon Jung and Debtor Dong Hee Lee, by and through respective counsel, and good cause appearing therefor, it is hereby ORDERED that the Stipulation is APPROVED.

BY THE COURT:

**Date: October 29, 2026**

______________________________
HONORABLE DEREK J. BAKER
U.S. Bankruptcy Judge

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Dong Hee Lee, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Bok Jung and Yoon Jung, | : | |
| Objecting Creditor | : | No.: 25-14378-djb |
| | : | |
| Kenneth E. West, | : | |
| Chapter 13 Trustee | : | |

**STIPULATION OF SETTLEMENT BETWEEN DEBTOR AND BOK JUNG AND YOON JUNG RESOLVING THE OBJECTION TO CONFIRMATION AND TREATMENT OF CLAIM NO. 13**

This matter having been brought before the Court on objection to confirmation filed by Bok Jung and Yoon Jung (hereinafter "the Jungs"), and the parties having resolved said Objection as hereinafter set forth and by the agreement of all counsel, the parties hereby stipulate:

1. The Jungs filed their claim on January 7, 2026 reflecting a sum due of $81,512.00 at an interest rate of 0%, marked as claim no. 13.

2. The debt alleged to be owed to the Jungs was originally brought as a cause of action at docket 2024-03808 at the Montgomery County Court of Common Pleas against Debtor and three individual co-defendants.

3. A default judgment was entered against all four defendants on August 29, 2024.

4. The default judgment was stricken by Order of Judge Steven C. Tolliver at docket entry no. 24 on August 6, 2025.

5. An Amended Complaint was filed by the Jungs solely against debtor on October 29, 2025, following which debtor's counsel filed a Suggestion of Bankruptcy.

6. Commencement of the above-captioned bankruptcy case stayed any further proceedings in the Court of Common Pleas.

7. The Jungs filed an objection to confirmation of the plan on January 8, 2026. The objection was later amended on February 11, 2026.

8. The Jungs' claim no. 13 shall be paid a sum of $20,000 in the fourth amended plan or any subsequent amended plan as part of a special class of claim, with the remaining balance of $61,512.00 entitled to payment by the Chapter 13 Trustee consistent with all other general unsecured claims.

9. The Jungs agree that a Chapter 13 plan that provides payment as set forth in paragraph no. 7 resolves the objection and amended objection to confirmation by the Jungs.

10. Upon receipt of payment as set forth in paragraph no. 8 and entry of an Order discharging debts, the Jungs agree to dismiss or withdraw case 2024-03808, with prejudice, at the Montgomery County Court of Common Pleas within 45 days.

11. If the Debtor's Chapter 13 bankruptcy case dismisses or converts to another chapter, this Stipulation shall be vacated.

12. The Jungs and Debtor agree that electronic signatures shall be considered original signatures.

We hereby agree to the form and entry of this Order on September ___, 2026:

Joseph L. Quinn, Esquire
Attorney for Debtor Dong Hee Lee
RQP Law, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

*/s/ James G. Lare*
James G. Lare, Esquire
Attorney for Bok Jung and Yoon Jung
Lare Law Firm, LLC
Heritage Executive Campus
595 Bethlehem Pk., Ste. 105
Montgomeryville, PA 18936

No Objection - Without Prejudice to Any
Trustee Rights or Remedies

/s/ LeeAne O. Huggins
LeeAne O. Huggins, Esquire
on behalf of Kenneth E. West, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106